```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-6915
    FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISHRAT KHAN and NASIR KHAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONDOLEEZA RICE, Secretary of State of the United States Consul General;<br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation;<br>MICHAEL S. OWEN, U.S. Consul General of Western India;<br><br>    Defendants. | Case No. 07-0613 PJH<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>CMC:    May 10, 2007<br>Time:   2:30 p.m. |

    The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the case management conference in this case, based on the following:

    1. Plaintiff Ishrat Khan is a lawful permanent resident of the United States.

    2. On November 15, 2005, Ms. Khan filed an I-824 Application On An Approved Application or Petition with the United States Citizenship and Immigration Services on behalf of her husband Nasir Khan.

1 | 3. The American Consulate in Mumbai, India has yet to issue an immigrant visa to Nasir Khan.

2 | 4. The plaintiffs filed an action in District Court on January 30, 2007, seeking an order from this Court directing the defendants to adjudicate Nasir Kahn's application for an immigrant visa.

3 | 5. In light of the possibility that this case might be administratively resolved, the parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for May 10, 2007, for approximately sixty days.

4 | 6. The parties ask this Court to re-schedule the case management conference for **July 5, 2007**.

5 | 7. The parties will file a joint case management conference no later than 7 days prior to the re-scheduled case management conference, if this case is not administratively resolved.

.

Dated: May 2, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 2, 2007

/s/
JAMES R. MAYOCK
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 05/04/07

PHYLLIS J. HAMILTON
United States District Judge

STIPULATION TO EXTEND DATES
C 07-0613 PJH
2