1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 ISHRAT KHAN and NASIR KHAN,       )
                                     )
13          Plaintiffs,               ) Case No. 07-0613 PJH
                                     )
14     v.                             )
                                     ) **STIPULATION TO EXTEND DATE**
15 CONDOLEEZA RICE, Secretary of State of the ) **OF CASE MANAGEMENT**
   United States Consul General;     ) **CONFERENCE; AND [PROPOSED]**
16 MICHAEL CHERTOFF, as Secretary of the ) **ORDER**
   Department of Homeland Security;  )
17 EMILIO GONZALEZ, Director of U.S. Citizenship )
   and Immigration Services;         ) CMC:     July 5, 2007
18 ROBERT S. MUELLER, III, Director of Federal ) Time:    2:30 p.m.
   Bureau of Investigation;          )
19 MICHAEL S. OWEN, U.S. Consul General of )
   Western India;                    )
20                                   )
            Defendants.               )
21 _____)

22     The plaintiffs, by and through their attorneys of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the

24 case management conference in this case, based on the following:

25     1. Plaintiff Ishrat Khan is a lawful permanent resident of the United States.

26     2. On November 15, 2005, Ms. Khan filed an I-824 Application On An Approved Application

27 or Petition with the United States Citizenship and Immigration Services on behalf of her husband

28 Nasir Khan.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-0613 PJH                              1

3.  Although the USCIS approved the I-824 application, the American Consulate in Mumbai, India has yet to issue an immigrant visa to Nasir Khan.

4.  The plaintiffs filed an action in this Court on January 30, 2007, seeking an order directing the defendants to adjudicate Nasir Kahn's application for an immigrant visa.

5.  In light of the possibility that this case might be administratively resolved, this Court granted the parties' stipulation to extend the date of the case management conference from May 10, 2007, to July 5, 2007.

6.  The parties have made progress towards administratively resolving this case and believe there is a reasonable possibility that this case may be administratively resolved within the next 90 days.  Accordingly, the parties respectfully ask this Court to again extend the case management conference, currently scheduled for July 5, 2007, to **October 4, 2007**.

7.  The parties will file a joint case management conference no later than 7 days prior to the re-scheduled case management conference, if this case is not administratively resolved.

Dated: June 28, 2007                    Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                         /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: June 28, 2007                     /s/
                                        JAMES R. MAYOCK
                                        Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/29/07                          _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton