UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ISHRAT KHAN and NASIR KHAN, )
      Plaintiffs, )
v. )
 )
CONDOLEEZA RICE, Secretary of State of the )
United States General Counsel; )
MICHAEL CHERTOFF, Secretary of the )  **Case No. 07-0613 PJH**
Department of Homeland Security; )
EMILIO GONZALEZ, Director of U.S. )  **STIPULATED MOTION**
Citizenship and Immigration Services; )  **TO DIMISS AND**
ROBERT S. MUELLER, III, Director, Federal )  ~~PROPOSED~~ **ORDER**
Bureau of Investigations; and )
MICHAEL S. OWEN, U.S. Consul General of )
Western India, )
 )
      Defendants )

NOW COME, Plaintiff and Defendant in the above matter, by and through undersigned counsels and respectfully request this Honorable Court grant this stipulated motion in light of recent case activity. In support of this request, Plaintiff's counsel submits that the immigrant visa has been procured and Plaintiffs no longer wish to pursue federal action.

WHEREFORE, the below parties pray this Honorable Court grant this motion and dismiss the case. SO STIPULATED.

Respectfully submitted:

_/s/ James R. Mayock_
James R. Mayock
Attorney for Plaintiffs

and

_/s/ Edward Olsen_
Edward Olsen
Assistant U.S. Attorney

Dated: 10/4/07

## ORDER

IT IS SO ORDERED THAT THE ABOVE MATTER IS HEREBY DISMISSED AND NO FURTHER ACTION WILL BE TAKEN.

October 1, 2007

Phyllis J. Hamilton
United States District Judge